Jones/J

ANDREW J. FRACKMAN
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Facsimile:    (212) 326-2061

Attorneys for Petitioners

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Application of BECHTEL
DO BRASIL CONSTRUÇÕES LTDA.,
BECHTEL CANADA CO., and BECHTEL
INTERNATIONAL INC.,

    Petitioners,

For an Order Staying Arbitration Pursuant to
Article 75 of the Civil Practice Law and Rules,

    -against-

UEG ARAUCÁRIA LTDA.,

    Respondent.

Civil Action No. 1:09-cv-06417 (BSJ)

REVISED STIPULATION RE: BRIEFING
SCHEDULE ON PETITION FOR
PERMANENT STAY OF ARBITRATION;
[PROPOSED] ORDER

---

**WHEREAS**, by that certain Stipulation dated July 14, 2009, and filed with the Supreme Court of the State of New York prior to the removal of this action, the parties hereto have stipulated to a briefing schedule in connection with the Petition for Permanent Stay of Arbitration of Bechtel do Brasil Construções Ltda., Bechtel Canada Co., and Bechtel International Inc. (collectively "Bechtel" or "Petitioners") and the Cross-Application to Compel Arbitration by UEG Araucária Ltda. ("UEGA"); and

NB1:780870.1



WHEREAS, the parties now wish to effect a slight modification to the agreed-upon briefing schedule set forth in that Stipulation;

NOW, THEREFORE, it is hereby further stipulated and agreed between the parties hereto, through their undersigned counsel, that:

1. Petitioners shall file their Reply to UEGA's Opposition and their Opposition to UEGA's Cross-Application to Compel Arbitration on or before August 12, 2009.
2. UEGA shall file its Reply on its Cross-Application to Compel Arbitration on or before August 21, 2009.
3. Except as amended herein, the July 14, 2009 Stipulation shall remain in full force and effect.

**IT IS SO STIPULATED.**

DATED:     August 10, 2009         O'MELVENY & MYERS LLP

By: _____ (by permission)
Andrew J. Frackman
7 Times Square Tower
New York, NY 10036
afrackman@omm.com

Attorneys for Petitioners

DATED:     August 10, 2009         FENSTERSTOCK & PARTNERS LLP

By: _____
Blair C. Fensterstock
30 Wall Street, Ninth Floor
New York, NY 10005
bfensterstock@fensterstock.com

Attorneys for Respondent

**IT IS SO ORDERED.**

Dated: 8/13/09

_____
The Honorable Barbara S. Jones
United States District Judge

NB1:780870.1                    2