UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JAN 25 2010

S.D. OF N.Y.

| | |
|---|---|
| BECHTEL DO BRASIL CONSTRUÇÕES LTDA., BECHTEL CANADA CO., and BECHTEL INTERNATIONAL, INC.,<br><br>Petitioners,<br><br>v.<br><br>UEG ARAUCÁRIA LTDA.,<br><br>Respondent. | Civil Action No. 1:09-cv-06417 |

### NOTICE OF APPEAL OF JUDGMENT GRANTING PETITIONER'S PETITION FOR A PERMANENT STAY OF ARBITRATION AND DENYING RESPONDENT'S CROSS APPLICATION TO COMPEL ARBITATION

PLEASE TAKE NOTICE that Respondent UEG Araucária Ltda. ("UEGA") in the above case hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's December 30, 2009 Judgment in this action granting Petitioners' Petition for a Permanent Stay of Arbitration and denying Respondent's cross-Application to compel arbitration.

In accordance with Local Rule 83.8, UEGA states that the addresses of the parties' attorneys of record are as follows:

B3710661.1

Steven Lee Smith, Esq.
O'MELVENY & MYERS LLP
Two Embarcadero Center 28th Fl
San Francisco, CA 94111

and

Andrew Jay Frackman, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036

**Attorneys for Bechtel do Brasil Construções, Ltda., Bechtel Canada Co., and Bechtel International Inc.**

Jeffrey S. Follett, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210

and

Ronald E. Goodman, Esq.
FOLEY HOAG LLP
1875 K Street, NW, Suite 800
Washington, DC 20006-1238

**Attorneys for UEG Araucária Ltda.**

UEG ARAUCARIA LTDA.
By its attorneys

_____
Ronald E. Goodman (RG-0515)
FOLEY HOAG LLP
1875 K Street, NW, Suite 800
Washington, DC 20006-1238
Tel: (202) 223-1200
Fax: (202) 785-6687
E-mail: rgoodman@foleyhoag.com

and

Jeffrey S. Follett (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1244
Fax: (617) 832-7000
E-mail: jfollett@foleyhoag.com

Dated: January 22, 2010

B3710661.1